# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                Case No.: 1:17−cr−00173

                                                            Honorable John Robert Blakey

Demetrius Yancy, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 27, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Demetrius Yancy: This order is entered by Judge Kennelly as emergency judge. Defendant Demetrius Yancy has filed an emergency motion seeking release from custody (he is held at the Chicago MCC) due to the coronavirus outbreak. Mr. Yancy pled guilty to a narcotics offense and is awaiting sentencing, at which he faces a 10 year mandatory minimum prison sentence. The Court assumes for purposes of discussion that either 18 USC 3142(i) or 18 USC 3145(c) applies and would permit Mr. Yancy's release for "exceptional reasons." Even if so, however, Mr. Yancy has failed to show an appropriate basis to permit his release. The coronavirus outbreak, which has affected a number of persons detained at the MCC, is undoubtedly serious, but Mr. Yancy does not claim to have any medical or other conditions that would make him particularly susceptible to serious illness if he contracts the virus. Given these circumstances, as well as the MCC's measures adopted to slow the spread of the virus within the institution, the Court denies Mr. Yancy's motion without prejudice [576]. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.