Dear Honorable Judge

I am Demetrius Yancy mother Michelle Doyle. I write this letter to introduce what type of person Demetrius Yancy was and is. Demetrius Yancy was always a easy distracted person. He always had a problem with actin before thinking first, it was hard for him to just sit or stand in one place. That's why he was on medication from age 9 until he was 23 yrs old. Yes he made bad decision and choices but it was part of living and learning not harmful or a threat or danger to anyone. He a brothe, uncle, son, cousin, and father now to a beautiful baby girl name Sekani Michelle. He will be a very wonderful good father to his child, cause he took care of his nephew at the age of 12 yrs old, other children's and baby's that he love and they love him as while. He love his family, friends, and other. He took his first step by moving away from everything and everyone that had bad influence on his

Life and start making better decisoon and choccé's. He got a job, start help me out, his sister, nephew, now he has a child that I know one day he will take care of and be the best man, father he could to his beautiful daugnter. He made me proud before he left so I know he will make everyone around him proud when he can.

Sincerly
Ms. Lloyd

Dear Honorable Judge

I'm Deqtrius Yancy cousin Lacy Williams. He's a good person, friend, brother to me, friendly young man. He would give you the shirt off his back. He help others, giving and have a beautiful heart.

~~Lacy Williams~~
Lacy Williams
Sincerely

Dear Honorable Judge,

My name is Mildred Lenon

I live at 2735 W Lexington.

I have known operator for a long time he is not a bad young man he is a very nice young man.

Thank you
Mildred Lenon

Dear honorable judge,

My name is Narketa the younger cousin of Demetrius Yancy. I've had the privelege of knowing Demetrius my whole entire life. Although we didnt grow up in the best enviorment and have the best role models Demetrius was always pusitive and just an over all good person. He's very family oriented so it kills the family with his absence. Although he mad bad choices that doesn't override the good in him. I pray that when he returns from paying his debuts to society he's not institutionalized and still is his outgoing self.

Sincerly,
Narketa

Dear Honorable Judge

I'm a friend more like a brother to Demetrius Yancy. I known him for 10 yrs he is a brother dear friend to me. He very respectful, kind, caring, loving person. No harm to anyone. He made bad decision but not now & danger to other's. He lived and learned as he got older in change his life around for the better.

Sincerely
DeSo

Lil Joe - Dear Honorable Judge

I known Demetrius Yancy for 9yrs in he is like a brother from another Mother. Me and my whole family fell in love with him when we met him. He sweet, respectful, funny, a gentlemen and caring, loving person. He's my family

Sincerely
Lil Joe

Dear Honorable Judge

My name is Larry Mitchell I'm Demetrius Yancy cousin. I known him all my life we slept together, eat together, grow up together more like brother's. And tho we make bad choice is doesn't mean we a bad person. Demetrius is a kind, caring, family, friend, uncle, now a dad of a baby girl whom he is missing out of her grown up. He love his family, friends, and animal and very respectful.

Sincerely
Larry Mitchell

DEAR HONORABLE JUDGE.

I HAVE KNOWN D. YANCY AS A GOOD FRIEND/BROTHER FOR OVER THREE YEARS. I WAS BOTH TROUBLED AND SURPRISE TO HEAR ABOUT HIS RECENT CASE AS HE HAS ALWAYS BEEN A SOLID, HUMBLE, LOVING, CARING UPSTANDING FUNNY PERSON. I UNDERSTAND THE SERIOUSNESS OF THIS MATTER HOWEVER, BUT I PRAY THAT THE COURT SHOW SOME LENIENCY FOR HIS FAMILY AND HIS CHILD. I STILL BELIEVE D. YANCY TO BE A GREAT PERSON IN I PRAY TO GOD EVERYDAY HE BE HOME SOON.

Dear, Honorable Judge

I'm writing in regards of Demtruis Yancy whom I watch from a baby to a young man with potential in life. Inspite of the decision that he made he still has an amazing spirit that will keep you laughing. Demtruis is a respectable son, brother, uncle, cousin and he became a father to a beautiful little girl that I know for a fact that he will be very protective of. Demtruis is a stand up guy whom we love and miss very much.

Sincerly,
Margaret Williams

## DEAR HONORABLE JUDGE

I ABOUSTLY DON'T KNOW WHERE TO START WHEN IT COMES DOWN TO DEMETRIUS AND THE ROLE HE PLAYED IN MY LIFE. HE HAS BEEN A REALLY GREAT FRIEND TO ME FOR THE LAST 3 YEARS. I REMEMBER THE FIRST TIME I MET HIM; WE WORKED AT THE SAME MCDONALDS TOGETHER. EVERYTIME WE WORKED TOGETHER HE ALWAYS CAME UP TO ME AND ASKED ME HOW WAS MY DAY WITH A SMILE. I COULD ALWAYS COME TO HIM TO MAKE ME LAUGH AND SMILE AND I KNEW HE WAS GENUINE WHEN IT CAME TO MAKING OTHERS HAPPY. HE WAS ALWAYS GOOFY AND EVEN WHEN I WANTED TO BE MAD AT HIM FOR STUFF I COULDN'T BECAUSE HIS INTENTIONS WERE ALWAYS GOLDEN. HIS HEART IS WHAT MADE ME WANT TO KEEP HIM AROUND AS MY FRIEND, HE WAS A HELPING HAND EVEN WHEN HE DIDN'T HAVE TO BE. DEMETRIUS LOVES, CARING, AND VERY OPTIMISTIC. NO MATTER WHAT HAPPEN THE DAY OF THE WEEK HE ALWAYS MADE SURE TO KEEP A POSITIVE ATTITUDE WHEN COMING TO WORK AND WILL KEEP THE JOKES COMING. SIGN KUTURAH D

## DEAR HONORABLE JUDGE

DEMETRIUS IS SOMEONE THAT I LOOK FORWARD TO TALKING TO EVERYDAY. HE IS MY BESTIE AND SOMEONE WHO CAN LIGHT UP A DARK ROOM. HIS HUMOR IS OUT OF THIS WORLD. HES A PERSON THAT CAN KEEP IT ALL TOGETHER WHEN EVERYTHING IS FALLING APART. IF IM SLACKING , DEMETRIUS IS THE ONE TO KEEP ME ON MY FEET. HE WONT ALLOW ME TO FAIL IN ANYTHING I DO. HES MY ROCK AND IVE NEVER MET ANYONE LIKE HIM . A PERON WHO LIFT ME UP WHEN I AM AT MY LOWEST. IVE NEVER HAD THAT BEFORE AND HES SOMEONE I WANT TO KEEP IN MY LIFE FOREVER. HES ONE OF THE STRONGEST, SMARTEST, AND FUNNIEST PERSON I KNOW. ALL YOU HAVE TO DO IS CALL HIM AMD HELL HAVE YOU SMILING EAR TO EAR ABOUT ANYTHING. HIS ART IS EVEN MORE AMAZING HE CAN DRAW REALLY GOOD. HE HAS MADE SOME BAD DECISIONS BUT HE WAS CHANGING FOR THE BETTER. YOU'LL THINK YOU HIM ALL FIGURED OUT AND GIVES YOU MORE. EVERYTHING ABOUT HIM IS PUREAND MEANINGFUL. HES VERY SPECAIL TO ME AND MANY MORE JUST BY BEING HIMAND I COULDN'T THANK HIM

*ENOUGH FOR LOVING ME UNCONITIONALLY AND GIVING ME WHAT NO ONE ELSE COULD AND THAT'S MY HAPPINESS. SIGN CHELSEA*

## DEAR HONORABLE JUDGE

HAVE YOU EVER MET SOMEONR THAT CHANGE YOUR WHOLE MOOD COMPETELY? WELL I HAVE ONCE I MEET MEACHIE, IT WAS LIKE MEETING A BESTFRIEND BECAUSE NO MATTER WHAT WE LOOKED OUT FOR EACH OTHER. HAVING SOMEONE THAT ACTUALLY SIT AND LISTEN TO ME ABOUT WHAT I WAS GOING THRU WAS A BLESSINGS. I KNEW THEN HE WASN'T LIKE THE REST. EVERYTIME I SEEN HIM IT WAS SO ENERGY, NO MATTER WHAT WAS GOING ON HE MADE MY DAY BETTER . THE WHOLE FAMILY DID FROM THE MOTHER DOWN TO THE KIDS EVERYBODY WAS SO LOVING AND CARING. I THINK ABOUT MY FRIEND ALL THE TIME THAT'S WHY I GOT HIS BACK FOR HIS BABYGIRL THAT WAS BORN 8 MONTHS AGO, THINGS FEEL DIFFERENT WITHOUT HIM SOMETIMES KNOWING HE WAS TRYING TO CHANGE HIS WAYS AND DO BETTER. THAT'S MY FRIEND SIGN CIERRA LEWIS

## DEAR HONORABLE JUDGE

DEMETRIUS IS GREAT PERSON AND FRIEND HE WAS FULL OF JOY , HE WORKED A LOT HE MADE SURE HE WAS ON TIME AND STAYED OVER IF EEDED , HE WAS A GOOD CO WORKER . HE IS GOOFY BUT LOVING, I DON'T BEIEVE HE IS THREAT TO ANYONE HE IS JUST TRYING TO WORK AND STAY OUT OF TROUBLE.

SIGN LAVHONDA

## DEAR HONORABLE JUDGE

BOY OH BOY WHERE DO I START ABOUT MEACHIE, WHEN HE 1ST STARTED WORKING FOR ME HE WAS SO PLAYFUL LIKE THAT'S ALL HE DID WAS PLAY AND BE GOOFY. BUT HE WAS A GOOD WORKER EVEN THOUGH HE WAS HARD HEAD BUT HE CAME TO WORK AND WORKED AND THAT'S ALL THAT HAD MATTER. HE WILL WORK ANY DAYS HE COULD IF HE CAN, HE EXPRESS HIS FEELINGS TO ME ABOUT HIS PAST AND HONESTLY I WAS PROUD OF HIM HE CHANGED AND DROPPED EVERYTHING HE HAD JUST TO COME WORK AT MCDONALDS AND MAKE $9/HR. HE WAS COOL KID HAD A LITTLE LEARNING TO DO BUT HE WAS GOING DOWN THE RIGHT PATH TO GET IT. THINGS TOOK A TURN FOR HIM WHEN HE FOUND OUT THAT HE HAD A BABY ON THE WAY HE WAS HAPPY BUT ALSO NERVOUS BECAUSE HE KNEW WHAT WAS GOING ON WITH HIM. THIS IS HIS 1ST CHILD SO HE WANTED TO MAKE EVERYTHING RIGHT BUT HE WAS SCARED AT THE SAME TIME , HE DIDN'T GET A CHANCE TO MEET OR BE THERE FOR HIS 1ST CHILD WHEN SHE WAS DELIVERED BUT TO HIM SO EXCITED ON THE PHONE WHEN HE TALK TO HER JUST BRINGS JOY

*BECAUSE I KNOW IF HE WAS OUT HE WILL BE WORKING EVERYDAY ALLDAY JUST TO MAKE SURE SHE IS WELL TAKEN CARE OF AND MAN I WOULD LOVE THAT BECAUSE I CAN USE HIS HELP RIGHT NOW LOL. I STILL CHECK ON HIS MOM AND TALK TO HER AND BE AROUND WHEN I CAN BECAUSE SHE IS A GOOD MOTHER IN BEEN HOLDING HIS BABY DOWN FOR HIM. BUT DEMETRIUS IS A FUNNY BOY BUT ALSO SMART I GOT TO GIVE HIM THAT AND DO WHAT HE HAS DONE TO HAVE A BETTER FUTURE.*

*SIGN MS JONES/ HIS GENERAL MANAGER*

Behavioral Health CYCS Oct 3, 2019 9:58

To your Honor,

    I know my nephew Demetrius Yancy committed a crime and he must be punished for that crime but I don't feel the time justifies the crime. My nephew Demetrius is a very creative and fun loving young father and son. When you are influenced by your surroundings and your peers, it's very difficult to remain a productive citizen in society. Being a young father from the inner City and being from an improvished neighborhood doesn't make it any easier to remain productive in society, it just makes it even more difficult to remain productive. An impovished neighborhood changes a young father's spirit and soul and he becomes a product of his environment. I'm not making light of Demetrius' crime but I'm merely stating the reasoning & facts for his actions.

Every since Demetrius was younger, he has always been a protector and provider for his family and friends. He is a very valuable part of our family. He was just blessed to have a beautiful daughter that he can protect and provide for but with him being away from his daughter for such a long time, this will dramatically change his whole life and our family for the worst.

Sincerely,

Arneta Brown

Arneta Brown, PFA III

Behavioral Health CYCS Oct 3, 2019 9:58

To whom it may concern,

Demetrius Yancy is a loving family member, and although he has done wrong in the eyes of the law, that does not take away from all the good he has done throughout his life. Since we were younger, my cousin has been a provider and protector. Every time someone was bothering me or anyone in our family, Demetrius was always there to protect us. Demetrius is a loving, caring, and compassionate person. Demetrius loves everyone, even when you have wronged him he finds it in his heart to forgive you.

Although Demetrius has had a troubled past, it does not make him a bad person. Demetrius would do anything for his family, and that has been proven time and time again. Demetrius is a big part of our family, he is the one who makes you laugh when you are feeling down, makes you smile when you want to burst into tears. My cousin is an amazing man, brother, cousin, and friend who goes to bat for anyone who needs him too. He does not deserve the time he was given.

Respectfully,

Simone Brown

*Simone Brown*