# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                                Plaintiff,

v.                                                        Case No.: 1:17−cr−00173
                                                      Honorable John Robert Blakey

Demetrius Yancy, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 18, 2021:

      MINUTE entry before the Honorable John Robert Blakey: On the Court's own motion and by agreement of counsel, continued sentencing hearing previously set for 10/20/2021 is reset by agreement for 12/15/2021 at 2:00 p.m. in Courtroom 1203. The Court will make Mr. Yancy available in person for continued sentencing. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.